IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID POLOVIN,  CV. 03-1053-KI

    Petitioner,  ORDER

v.

JEAN HILL,

    Respondent.

KING, Judge

    Petitioner's motion for voluntary dismissal (#41) is GRANTED. This proceeding is DISMISSED, without prejudice. Any pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this __26th__ day of April, 2005.

    /s/ Garr M. King
    Garr M. King
    United States District Judge

1 -- ORDER